UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON MCKENNA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., EDWARD W. STACK and LEE J. BELITSKY,<br><br>Defendants. | No.: 1:17-cv-03680 (VSB) |

## CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *McKenna v. Dick's Sporting Goods, et al.*, 17-cv-3680, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiffs Ironworkers Locals 40, 361 & 417 – Union Security Funds and Iron Workers Local 580 – Joint Funds, and Plaintiff Brandon McKenna, hereby voluntarily dismiss the above-captioned action, without prejudice, as to all defendants.

Dated:  April 26, 2018

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
Email:  mgrunfeld@pomlaw.com

        **POMERANTZ LLP**
        Patrick V. Dahlstrom
        Ten South LaSalle Street, Suite 3505
        Chicago, Illinois 60603
        Telephone: (312) 377-1181
        Facsimile: (312) 377-1184
        Email:  pdahlstrom@pomlaw.com

        *Lead Counsel for Plaintiffs*